# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 26, 2024

Mr. Daniel Joseph LoBello
O'Neill, Wallace & Doyle
300 St. Andrews Road
Suite 302
Saginaw, MI 48638

Mr. John Robert Monroe
John Monroe Law
156 Robert Jones Road
Dawsonville, GA 30534

Mr. Michael Francis Smith
Law Office
1717 Pennsylvania Avenue, N.W.
Suite 1025
Washington, DC 20006

     Re:  Case No. 24-1364, *C.S. v. Craig McCrumb, et al*
          Originating Case No. : 2:22-cv-10993

Dear Counsel,

   This appeal has been docketed as case number **24-1364** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **May 10, 2024**. Additionally, the transcript order must be

completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

|  | Appearance of Counsel |
| --- | --- |
| Appellant: | Civil Appeal Statement of Parties & Issues |
|  | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

|  | Appearance of Counsel |
| --- | --- |
| Appellee: | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/C. Anthony Milton
Case Manager
Direct Dial No. 513-564-7026

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 24-1364

C.S., by her next friend, Adam Stroub

    Plaintiff - Appellant

v.

CRAIG MCCRUMB; AMY LEFFEL; MICHAEL PAPANEK

    Defendants - Appellees