UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-1364**

Case Title: **C.S.**              vs. **McCrumb**

List all clients you represent in this appeal:

> **C.S., by her next friend, Adam Stroub**

- ☑ Appellant
- ☐ Petitioner
- ☐ Amicus Curiae
- ☐ Criminal Justice Act (Appointed)
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **John Monroe**            Signature: s/ **John R. Monroe**

Firm Name: **John Monroe Law, P.C.**

Business Address: **156 Robert Jones Road**

City/State/Zip: **Dawsonville/Georgia/30534**

Telephone Number (Area Code): **678 362 7650**

Email Address: **jrm@johnmonroelaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---