UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-1364**

Case Title: **C.S. by her NF ADAM STROUB** vs. **Craig McCrumb, et al**

List all clients you represent in this appeal:

> **Craig McCrumb**
> **Amy Leffel**
> **Michael Papanek**

☐ Appellant        ☐ Petitioner        ☐ Amicus Curiae        ☐ Criminal Justice Act
☑ Appellee         ☐ Respondent        ☐ Intervenor                (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Gregory W. Mair**        Signature: s/ **Gregory W. Mair**

Firm Name: **O'Neill, Wallace & Doyle, P.C.**

Business Address: **300 St. Andrews Rd., Ste. 302**

City/State/Zip: **Saginaw, MI  48638**

Telephone Number (Area Code): **(989) 790-0960**

Email Address: **gmair@owdpc.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---