UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: __24-1364__   Case Manager: __C. Anthony Milton__

Case Name: __C.S. v. McCrumb__

Is this case a cross appeal? ☐ Yes  ☑ No
Has this case or a related one been before this court previously? ☐ Yes ☑ No
If yes, state:
  Case Name: _____   Citation: _____
  Was that case mediated through the court's program? ☐ Yes ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

**Parties against whom appeal is take:** Craig McCrumb, Amy Leffel, Tanya Klont, Michael Papanek

**Issues:**

1. The district court erred in awarding summary judgment to appellees and denying summary judgment to appellant
2. The district court erred in finding the law was not clearly established for the purposes of qualified immunity
3. The district court erred in not striking appellees' motion for summary judgment filed after the deadline imposed by the court.

This is to certify that a copy of this statement was served on opposing counsel of record this __29__ day of __April__, __2024__.

__John R. Monroe__
Name of Counsel for Appellant