OFFICE OF THE CIRCUIT MEDIATORS

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**331 POTTER STEWART U.S. COURTHOUSE**

CATHERINE C. GEYER
*Chief Circuit Mediator*
KATHRYN L. WOLLENBURG
SCOTT COBURN
JOHN A. MINTER

**100 EAST FIFTH STREET**
**CINCINNATI, OHIO  45202-3988**
CA06-MEDIATION@CA6.USCOURTS.GOV

TELEPHONE (513) 564-7330
FAX (513) 564-7349

May 6, 2024

Daniel Joseph LoBello
Gregory William Mair
John Robert Monroe
Michael Francis Smith

Re:  *C.S. v. Craig McCrumb, et al,* CA No. 24-1364

## NOTICE OF RESCHEDULED MEDIATION CONFERENCE

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, this will confirm that the mediation conference previously set for May 28, 2024, has been rescheduled for **June 3, 2024** at **2:00 PM**  EASTERN TIME with Scott Coburn.  **A conference invitation will be provided to counsel.**

Sincerely,

*Connie A. Weiskittel*

Connie A. Weiskittel
Mediation Administrator

cc:    Scott Coburn

**NOTE:    The Confidential Mediation Background Information Forms are now due May 24, 2024,** if not already submitted.