IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

C.S., by her next friend
ADAM STROUB,                                    Case No. 24-1364

    Plaintiff-Appellant,                    E.D. Mich. No. 22-cv-10993
                                                    Hon. Terrence G. Berg
v.

CRAIG MCCRUMB, *et al*,

    Defendants-Appellants.
_____/

## APPELLANT'S FIRST MOTION TO EXTEND BRIEF DEADLINE

C.S., by her next friend Adam Stroub, Plaintiff-Appellant, through counsel and pursuant to Fed. R. App. 26(b) and 6 Cir. R. 26(a)(1), files this motion requesting a 30-day extension of the deadline for filing her opening brief on appeal, to and through September 16, 2024. In support, Appellant states:

1. Appellant currently has a briefing deadline of August 16, 2024, pursuant to the Court's June 3, 2024 briefing letter.

2. Due to the press of various other work-related matters as well as scheduled out-of-town travel, counsel likely will be unable to finalize and file Appellant's brief by the current August 16 deadline. Accordingly, Appellant requests a 30-day extension, to and through Monday,

September 16, 2024. (The actual 30th day, September 15, is a Sunday. Fed. R. App. P. 26(a)(1)(C)).

3. The requested extension, the first Appellant has sought, is reasonable in length and will neither prejudice Appellees nor unreasonably delay this Court's processing of this appeal.

WHEREFORE, Appellant C.S. asks this Court to extend by 30 days the deadline for her opening brief, to and through September 16, 2024.

Respectfully submitted,

JOHN MONROE LAW, P.C.

By: /s/ John R. Monroe
    John R. Monroe
156 Robert Jones Road
Dawsonville, GA  30534
(678) 362-7650
jrm@johnmonroelaw.com

and

THE SMITH APPELLATE LAW FIRM

By: /s/ Michael F. Smith
    Michael F. Smith
1717 Pennsylvania Ave. N.W.
Suite 1025
Washington, D.C.  20006
(202) 454-2860
smith@smithpllc.com
**Counsel for Plaintiff-Appellant C.S.**

Date:  August 6, 2024