UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-1364**

Case Title: **C.S.** vs. **Craig McCrumb, et al.**

List all clients you represent in this appeal:

**C.S.**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Eugene Volokh**        Signature: s/ **Eugene Volokh**

Firm Name: _____

Business Address: **434 Galvez Mall**

City/State/Zip: **Stanford, CA 94305**

Telephone Number (Area Code): **(650) 721-5092**

Email Address: **volokh@stanford.edu**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---