## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 7, 2025

Mr. Daniel Joseph LoBello
O'Neill, Wallace & Doyle
300 St. Andrews Road, Suite 302
Saginaw, MI 48638

Mr. John Robert Monroe
John Monroe Law
156 Robert Jones Road
Dawsonville, GA 30534

Re: Case No. 24-1364, *C.S. v. Craig McCrumb, et al*
Originating Case No.: 2:22-cv-10993
**Time Change of Oral Argument -- Thursday, January 30, 2025**

Dear Counsel:

The time for oral argument set for the above case has been changed. Please report to the Clerk's Office, Room 540 in the Potter Stewart U.S. Courthouse, in Cincinnati, Ohio on Thursday, January 30, 2025 no later than 8:00 a.m. (Eastern Time). **Court will convene promptly at 8:30 a.m. (Eastern Time).**

Sincerely yours,

s/Jeanine R. Hance
Calendar Deputy

cc: Mr. Gregory William Mair
    Mr. Michael Francis Smith
    Mr. Eugene Volokh