# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 28, 2025

Mr. Daniel Joseph LoBello
O'Neill, Wallace & Doyle
300 St. Andrews Road, Suite 302
Saginaw, MI 48638

Mr. Eugene Volokh
Stanford University
Hoover Institution
434 Galvez Mall
Stanford, CA 94305

Re: Case No. 24-1364, *C.S. v. Craig McCrumb, et al*
**Time Change of Oral Argument -- Thursday, January 30, 2025**

Dear Counsel:

   Due to unforeseen circumstances, oral argument will now begin at 9:00 a.m. as originally scheduled.  Please report to the Clerk's Office, Room 540 in the Potter Stewart U.S. Courthouse, in Cincinnati, Ohio on Thursday, January 30, 2025 no later than 8:30 a.m.  Court will convene promptly at **9:00 a.m.**

                                        Sincerely yours,

                                        s/Lance A. Gifford
                                        Senior Calendar Deputy

cc:  Mr. Gregory William Mair
     Mr. John Robert Monroe
     Mr. Michael Francis Smith