No. 24-1364

_____

## The United States Court of Appeals
## For the Sixth Circuit

_____

**C.S.,**
**Plaintiff-Appellant**
v.
**CRAIG MCCRUMB, et.al.**
**Defendants-Appellees**

_____

Appeal from the United States District Court
For the Eastern District of Michigan
The Hon. Terrence G. Berg, District Judge
Case No. 4:22-CV-10993-TGB-EAS

_____

Errata Sheet for Appellant's Opening Brief
_____

**John R. Monroe**
**John Monroe Law, P.C.**
**156 Robert Jones Road**
**Dawsonville, GA 30534**
**(678) 362-7650**
**jrm@johnmonroelaw.com**

**Eugene Volokh**
**434 Galvez Mall**
**Stanford, CA 94305**
**(650) 721-5092**
**volokh@stanford.edu**

**Michael F. Smith**
**The Smith Appellate Law Firm**
**1717 Pennsylvania Ave. N.W.**
**Suite 1025**
**Washington, DC 20006**
**202-454 2860**
**smith@smithpllc.com**

**Attorneys for Appellant**

## **Disclosure Statement**

Appellant and her attorneys certify that they already filed a disclosure statement in conformity with 6 Cir. Rules 28 and 26.1 and they have no amendments to it.

## Errata

Appellant C.S.'s counsel have discovered that a citation in her Opening Brief is erroneous. Page 32 of the Brief cites *Morgan v. Swanson,* 610 F.3d 877, 885 (5th Cir. 2020) (en banc). That citation was for the panel opinion in the same case (though with an incorrect year) and not the en banc opinion. The correct citation for the en banc opinion is *Morgan v. Swanson,* 659 F.3d 359, 364, 404 (5th Cir. 2011) (en banc).[1] C.S.'s counsel apologize for the error.

Respectfully submitted,

/s/ John R. Monroe
John R. Monroe
John Monroe Law, P.C.
156 Robert Jones Road
Dawsonville, GA 30534
Telephone: (678) 362-7650
jrm@johnmonroelaw.com

/s/ Michael F. Smith
Michael F. Smith
The Smith Appellate Law Firm
1717 Pennsylvania Ave. N.W.
Suite 1025
Washington, D.C. 20006

---

[1] Page 404 is in Part III.A of Judge Elrod's opinion "writing for the majority with respect to Sections III.A, III.C, and III.D, and dissenting in remaining part," *id.* at 395.

(202) 454-2860
smith@smithpllc.com

and

<u>/s/ Eugene Volokh</u>
Eugene Volokh
434 Galvez Mall
Stanford, CA 94305
(650) 721-5092
volokh@stanford.edu

ATTORNEYS FOR APPELLANT

Dated: January 28, 2025

## Certificate of Service

I certify that I served a copy of the foregoing Reply Brief of Appellant electronically via this Court's ECF system and via U.S. Mail on January 28, 2025, upon:

Gregory W. Mair
gregmair@owdpc.com

Daniel J. Lobello
dlobello@owdpc.com

O'Neill, Wallace & Doyle, P.C.
300 St. Andrews Road Suite 302
Saginaw, MI  48638

/s/ John R. Monroe
John R. Monroe
John Monroe Law, P.C.
Attorneys for Appellant
156 Robert Jones Road
Dawsonville, GA 30534
(678) 362-7650
jrm@johnmonroelaw.com

# Certificate of Compliance

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because: this document has been prepared in a proportionally spaced typeface using Word ver. 2105 in Century Schoolbook 14-point font.

/s/ John R. Monroe
John R. Monroe
John Monroe Law, P.C.
Attorneys for Appellant
156 Robert Jones Road
Dawsonville, GA 30534
(678) 362-7650
jrm@johnmonroelaw.com