Eugene Volokh
434 Galvez Mall
Stanford, CA 94305
(650) 721-5092
volokh@stanford.edu

January 31, 2025

Hon. Kelly L. Stephens, Clerk of Court
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street Cincinnati, OH 45202-3988

Via CM/ECF

    Re: *C.S. v. McCrumb et al.*, No. 24-1364

Dear Ms. Stephens:

    These are the cases, referred to in our rebuttal argument, which show that *Bethel School Dist. No. 3. v. Fraser* is limited to indecent, lewd, or vulgar speech (emphases added, some citations omitted or simplified):

    1. *Mahanoy Area School Dist. v. B.L.*, 594 U.S. 180, 187-188 (2021): "This Court has previously outlined three specific categories of student speech that schools may regulate in certain circumstances: (1) **'indecent,' 'lewd,' or 'vulgar' speech** uttered during a school assembly on school grounds, see [*Fraser*] . . . ."

    2. *Morse v. Frederick*, 551 U.S. 393, 409 (2007): "[*Fraser*] should not be read to encompass any speech that could fit under some definition of 'offensive,'" because "much political and religious speech might be perceived as offensive to some." *See also id.* at 422-23 (Alito, J., concurring, joined by Kennedy, J.) (citing *Fraser* as a holding that "permits the regulation of **speech that is delivered in a lewd or vulgar manner** as part of a high school program").

    3. *Kutchinski v. Freeland Community School Dist.*, 69 F.4th 350, 356-57 (6th Cir. 2023): "The Supreme Court has outlined four categories of student speech that schools may regulate: (1) **indecent, offensively lewd, or vulgar speech** uttered during a school assembly on school grounds, *see Fraser* . . . ."

    4. *Barr v. Lafon*, 538 F.3d 554, 564 (6th Cir. 2008): "[U]nder *Fraser*, a school may categorically prohibit **vulgar, lewd, indecent, or plainly offensive student**

1

**speech.**" Further, "'Plainly offensive' speech, proscribable under *Fraser*, '**should not be read to encompass any speech that could fit under some definition of "offensive,"** ... [as] much political and religious speech might be perceived as offensive to some.'" *Id.* at n.5 (citing *Morse*). "[W]e disagree that a display of the Confederate flag constitutes vulgar or 'plainly offensive' speech under *Fraser*." *Id.* at 569 n.7.

    5.  *Lowery v. Euverard*, 497 F.3d 584, 588 (6th Cir. 2007): "The Supreme Court has established three frameworks for evaluating student speech: (1) **vulgar and obscene speech** is governed by [*Fraser*]; (2) school-sponsored speech is governed by [*Kuhlmeier*]; and (3) all other speech is governed by *Tinker*.").

                       Sincerely,

                       s/ <u>Eugene Volokh</u>

                       Eugene Volokh
                       Counsel for Plaintiff-Appellant C.S.

                       cc: All parties, via CM/ECF