## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 16, 2025

Mr. John Robert Monroe
John Monroe Law
156 Robert Jones Road
Dawsonville, GA 30534

Re: Case No. 24-1364, *C.S. v. Craig McCrumb, et al*
Originating Case No. : 2:22-cv-10993

Dear Counsel,

The previous ruling letter which granted your motion for an extension of time in which to file a Petition for Rehearing is hereby amended.

Your petition is to be received in the clerk's office no later than the close of business on **May 30, 2025**.

Sincerely yours,

s/Ryan Orme
Case Manager
Direct Dial No. 513-564-7079

cc: Mr. Daniel Joseph LoBello
Mr. Gregory William Mair
Mr. Michael Francis Smith
Mr. Eugene Volokh