# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  June 20, 2025

Mr. Daniel Joseph LoBello
O'Neill, Wallace & Doyle
300 St. Andrews Road
Suite 302
Saginaw, MI 48638

Re:  Case No. 24-1364, *C.S. v. Craig McCrumb, et al*
Originating Case No.: 2:22-cv-10993

Dear Mr. LoBello,

This is to advise that the court directs you to file a response to the petition for rehearing en banc in the above case.

Your response, not to exceed 3900 words, must be filed no later than the close of business on Monday, **July 7, 2025**.

Please note that no extensions will be granted.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc:  Mr. Gregory William Mair
　　Mr. John Robert Monroe
　　Mr. Michael Francis Smith
　　Mr. Eugene Volokh