# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 20, 2025

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

     Re:  Case No. 24-1364, *C.S. v. Craig McCrumb, et al*
          Originating Case No. 2:22-cv-10993

Dear Ms. Essix:

 Enclosed is a copy of the mandate filed in this case.

                 Sincerely yours,

                 s/Patricia Elder, Senior Case Administrator
                  For Appeal Case Manager: Gretchen

cc: Mr. Daniel Joseph LoBello
   Mr. Gregory William Mair
   Mr. John Robert Monroe
   Mr. Michael Francis Smith
   Mr. Eugene Volokh

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 24-1364

Filed: August 20, 2025

C.S., by her next friend, Adam Stroub

    Plaintiff - Appellant

v.

CRAIG MCCRUMB; AMY LEFFEL; MICHAEL PAPANEK

    Defendants - Appellees

MANDATE

Pursuant to the court's disposition that was filed 05/02/2025 the mandate for this case hereby issues today.

COSTS: None